This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JOSEPH GUILLORY,**

Worker-Appellant,

v.                                                    **NO. 32,977**

**NEW MEXICO ADMINISTRATIVE OFFICE OF THE COURTS and DONA ANA COUNTY MAGISTRATE COURT ENTITIES OF THE STATE OF NEW MEXICO, a Self-Insured Employer,**

Employer-Appellee.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION Terry S. Kramer, Workers' Compensation Judge**

Perales Law Group PC
J. Marcos Perales-Piña
Las Cruces, NM

for Appellant

Morgan Lyman
Las Cruces, NM

for Appellee

**MEMORANDUM OPINION**

**VIGIL, Judge.**

{1}     Worker appealed the denial of his claim for workers' compensation benefits. We proposed to affirm in a calendar notice. Employer filed a memorandum in support of the proposed affirmance; however, Worker has not filed a memorandum in opposition and the time for doing so has expired. Therefore, for the reasons discussed in our calendar notice, we affirm the decision of the worker's compensation judge in this case.

{2}    **IT IS SO ORDERED.**

                    _____

                    **MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**LINDA M. VANZI, Judge**